filed first should be given preference. (*Matter of Independent Nominations*, 186 N. Y. 266, 279.) Order directing the board of elections to receive for filing the petition of Bernard Marcus and Thomas J. Gallagher and place upon the ballot or voting machine the names of Bernard Marcus for Assembly of the second Assembly district of Kings county and Thomas J. Gallagher for alderman of the thirty-ninth aldermanic district, as nominees of the " Recovery Party," reversed upon the law and the facts and motion denied; order on the petition of Benedict S. Rosenfeld for Assembly and John H. Reiman for alderman to have their names placed on the ballot or voting machines for Assembly in the second Assembly district of Kings county and for alderman in the thirty-ninth aldermanic district, as nominees of the " Recovery Party," is affirmed. The action of the board of elections in accepting or receiving the petitions of Albert D. Schanzer for Assembly and Joseph B. Whitty for alderman, as nominees of the " Recovery Party," is sustained. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Young, J., dissents and votes to affirm, being of the opinion that the act of the executive committee approving the candidacies of Marcus and Gallagher controls.

In the Matter of the Application of GEORGE BOOCHEVER for an Order in Respect of Certain Alleged Candidates for Member of the Assembly and Aldermen of the Recovery Party.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of BENEDICT S. ROSENFELD, JOHN H. REIMAN and MAX SCHECHT, Petitioners, for an Order Directing S. HOWARD COHEN, as President of the Board of Elections, etc. In the Matter of the Petition of BERNARD MARCUS, THOMAS J. GALLAGHER and GLADYS MOSIER, Petitioners, for an Order, etc.— Motion of Benedict S. Rosenfeld and John H. Reiman for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. [See *ante*, p. 854.]

In the Matter of the Application of HERMAN M. FRANK, a Duly Designated Candidate of the No-Tammany Party, for the Office of Register of Kings County, for an Order Requiring and Directing S. HOWARD COHEN and Others, Comprising the Board of Elections of the City of New York, to Accept the Name of " No-Tammany " as the Name of an Independent Party, and to Have Same Printed and Included in the Ballot and Voting Machines in the Borough of Brooklyn, City of New York, in Connection with the Elections to be Held on November 7, 1933.— Order affirmed. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

GRACE D. FLYNN, Respondent, v. JOHN H. FLYNN, Appellant. (Appeal No. 1.) — Motion for reargument denied, without prejudice to the defendant to make a motion at Special Term to reduce the amount of alimony and counsel fee, it appearing that through inadvertence or mistake he had failed to present all the facts showing his financial condition. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GARRET FOURNIER, Appellant, v. ANGELO MAURO and Others, Respondents.— Motion for reargument granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.— On reargument judgment modified so as to sustain plaintiff's lien to the extent of $2,239.43 and interest, the amount due plaintiff for labor performed and materials furnished at the time of the filing of his lien, and as so modified unanimously affirmed, with costs to appellant; the proceeds of the